UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
**CLERK**
9/27/2018 2:58 pm

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

| | |
|---|---|
| Gladys Espeleta, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>Zwicker & Associates, PC<br><br>Defendant. | Civil Action No: 2:18-cv-00021-JMA-GRB |

### STIPULATION OF VOLUNTARY DISMISSAL
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice as to all claims brought by Plaintiff in her individual capacity against Defendant in this matter, and without prejudice as to the members of the proposed class as defined in the Complaint pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its respective attorney's fees and costs.

Dated: September 26, 2018

| **Law Offices of Gus Michael Farinella, PC** | **Barron & Newburger, PC** |
|---|---|
| By: /s/ Ryan Gentile<br>Ryan Gentile, Esq.<br>110 Jericho Turnpike - Suite 100<br>Floral Park NY 11001<br>Tel. 516-326-2333<br>Email: rlg@lawgmf.com<br>*Attorneys for Plaintiff* | By: /s/ Arthur Sanders<br>Arthur Sanders, Esq.<br>30 South Main Street<br>New City, NY 10956<br>Tel: 845-499-2990<br>Email: asanders@bn-lawyers.com<br>*Attorneys for Defendant* |

Case closed.
SO ORDERED.
/s/ JMA, USDJ
9/27/2018